UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-10415-KK** | Date: | November 10, 2026 |
| Title: | ***In Re: Jefferson LA Brea D and J Properties, LLC*** | | |

---

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Appellant(s): | Attorney(s) Present for Appellee(s): |
|---|---|
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Comply With Court Orders**

On November 2, 2026, mail that was directed to Appellant's address of record regarding the Court's Order on Appellant's Request for Leave to Proceed in Forma Pauperis was returned as undeliverable by the Postal Service. Dkt. 42. Pursuant to Local Rule 41-6, if mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fourteen (14) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for failure to prosecute. C.D. Cal. L.R. 41-6. Moreover, under Federal Rule of Civil Procedure ("Rule") 41(b), the Court may dismiss an action with prejudice for failure to comply with any court order. See Fed. R. Civ. P. 41(b); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (stating courts may dismiss an action pursuant to Rule 41(b) sua sponte for a plaintiff's failure to comply with the Federal Rules of Civil Procedure or the court's orders).

Accordingly, Appellant is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with court orders. Appellant shall have up to and including **November 17, 2026**, to respond to this Order. **Appellant is expressly warned that failure to timely file a response to this Order will be deemed by the Court consent to the dismissal of this action without prejudice. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**